# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAN ALAN BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>BUENO,<br><br>    Defendant. | **Case No. 1:17-cv-01295-SKO (PC)**<br><br>**ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED BECAUSE OF PLAINTIFF'S UNTRUE ALLEGATION OF POVERTY IN FILING FOR *IN FORMA PAUPERIS* STATUS**<br><br>**(Docs. 2, 6)**<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff, Sherman Alan Brown, is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983, which he filed on September 28, 2017. (Doc. 1.) Plaintiff also filed a motion to proceed *in forma pauperis*. (Doc. 2.) Later that same date, the California Department of Corrections and Rehabilitation submitted a certified prison trust account statement for Plaintiff. (Doc. 6.) Upon review, Plaintiff's trust account reflects an average balance of one thousand dollars to over three thousand dollars for the five month period before Plaintiff filed this action.

Proceeding "*in forma pauperis* is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965). While a party need not be completely destitute to proceed *IFP*, *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948), "the same even-handed care must be employed to assure that federal funds are not squandered to underwrite, at public expense, either frivolous claims or the remonstrances of a suitor who is financially able, in whole or in material

1

part, to pull his own oar." *Doe v. Educ. Enrichment Sys.*, No. 15cv2628-MMA (MDD), 2015 U.S. Dist. LEXIS 173063, *2 (S.D. Cal. Dec. 30, 2015) (citing *Temple v. Ellerthorpe*, 586 F. Supp. 848, 850 (D.R.I. 1984)). "[T]he court shall dismiss the case at any time if the court determines the allegation of poverty is untrue." 28 U.S.C. § 1915(e)(2)(A). Plaintiff clearly was not impoverished when he filed this action and his motion to proceed *in forma pauperis*.

Accordingly, it is **HEREBY ORDERD** to that **within twenty-one (21) days** of the date of service of this order, Plaintiff shall show cause why his *in forma pauperis* status should not be denied and this action dismissed without prejudice to refiling with prepayment of the filing fee.

IT IS SO ORDERED.

Dated: **October 19, 2017**         /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE